IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD THOMAS CHARLSON,

        Plaintiff,

                                          3:13-CV-1430-PK

v.                                         OPINION AND ORDER

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

SIMON, District Judge:

        Plaintiff *pro se* Edward Thomas Charlson filed this action, by and through which Charlson appears to intend to seek review of a denial of social security benefits, against an unspecified defendant on August 13, 2013. Because Charslon's complaint does not identify any defendant, on August 15, 2013, Judge Papak directed the clerk to mail Charlson a "proper form

Page 1 - OPINION AND ORDER

of Amended Complaint for Judicial Review of Decision by Commissioner of Social Security along with a copy of the Courts Guide for Self-Represented Parties," and provided Charlson until August 30, 2013, to file a "proper Amended Complaint for Judicial Review of Decision by Commissioner of Social Security" formally identifying his intended defendant. Docket No. 6. The form Amended Complaint was sent to Charlson that same day. *See* Docket No. 8.

As of the date hereof, Charlson has not filed any new pleading or otherwise attempted to cure the deficiencies identified in Judge Papak's Order dated August 15, 2013. Because Charlson has not filed any pleading properly identifying any defendant, notwithstanding Judge Papak's clear direction that he do so, Charlson's action is dismissed without prejudice for failure to prosecute.

## CONCLUSION

For the reasons set forth above, Charlson's action is dismissed without prejudice. A final judgment shall be prepared.

DATED this 9th day of October, 2013.

Honorable Michael H. Simon
United States District Judge